VALERIE BANTNER PEO (SBN: 260430)
PETER BALES (SBN: 251345)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: vbantnerpeo@buchalter.com

Attorneys for
JUDY McKIE and GRACE IMAGE PHOTOGRAPHY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HOWARD WAI HO WONG aka GRACE IMAGING,<br><br>Debtor, | Case No. 20-30134<br><br>Chapter: 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Judy McKie and Grace Image Photography (collectively "McKie"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, be given and served upon:

>Valerie Bantner Peo, Esq.
>Buchalter, A Professional Corporation
>55 Second Street, 17th Floor
>San Francisco, California 94105-3493
>Telephone:    (415) 227-0900
>Facsimile:    (415) 227-0770
>vbantnerpeo@buchalter.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive McKie's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury

in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which McKie is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER, A Professional Corporation

Dated: February 12, 2020

By: __/s/ Valerie Bantner Peo_____
Valerie Bantner Peo, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for
JUDY McKIE and GRACE IMAGE PHOTOGRAPHY

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105-3493.

On the date set forth below, I served the foregoing document described as:

- **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on all other parties and/or their attorney(s) of record to this action as follows:

- **Darya Sara Druch** ecf@daryalaw.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Janina M. Hoskins** jmelder7@aol.com, Ca80@ecfcbis.com
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The foregoing documents will be served by the court via email and hyperlink to the document. On **February 12, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in San Francisco, California on **February 12, 2020**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **February 12, 2020**, at San Francisco, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **February 12, 2020**, at San Francisco, California.

| Hallina Pohyar | /s/ Hallina Pohyar |
|---|---|
| | (Signature) |

BN 39457169v1